AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24-mj-00156-SDV | 2/28/2024  8:32 AM | Edward S. Sodlosky III |

Inventory made in the presence of: Geoff Cook, Special Agent

Inventory of the property taken and name of any person(s) seized:

— See Attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/28/2024

_Executing officer's signature_

Brandon J. Frossin, Special Agent
_Printed name and title_

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
Edward J. Sodlosky, CPA

276 North Main Street
Naugatuck, CT 06770

**Investigation Number:**
1000309665

**Starting Date and Time:**
02/28/2024 07:15 AM  8:32 AM - BJF

**Ending Date and Time:**
02/28/2024 05:15 PM

**Report Date:**
Wednesday, February 28, 2024

| Control #: | 1 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Room E, Box on Floor | | |
| Description: | Seized Per Warrant   Square receipt for Derbabian, 05/22/2023 | | |

| Control #: | 2 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | B Ent Office/Closet | Locator Code: | |
| Found: | Room D - Boxes -shelf and floor in corner | | |
| Description: | Seized Per Warrant   Client Invoices 2022 - 2023 | | |

| Control #: | 3 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2019 Personal Income Tax and Expense Documents Evidence Bag 1 of 2 | | |

| Control #: | 4 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2019 Personal Income Tax and Expense Documents Evidence Bag 2 of 2 | | |

| Control #: | 5 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2023 Personal Income and Expense Documents | | |

| Control #: | 6 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2022 Personal Income and Expense Documents | | |

| Control #: | 7 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Office | | |
| Description: | Seized Per Warrant | Client invoices 2020 - 2024; Aged A/R Balances; Copies of Checks payable to Sodlosky | |

| Control #: | 8 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2018 Personal Income Tax and Expense Documents Bag 2 of 2 | |

| Control #: | 9 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | Expense and Bank Account documents marked "38 Standish E. Harwich" 16 & 17<br>Official check receipt for $150,000 to Cynthia Sodlosky 06-03-2016 | |

| Control #: | 10 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | Handwritten sheet labeled "Investments"<br>Printed Stock listings | |

| Control #: | 11 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2017, 2018 and 2019 Expense Documents marked "Dave's Trust" | |

| Control #: | 12 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K | | |
| Description: | Seized Per Warrant | 2016 and 2017 Expense Records marked "Cape Cod" | |

| Control #: | 13 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2018 and 2019 Client Lists | |

| Control #: | 14 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2016 Personal Income Tax | |

| Control #: | 15 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2018 Personal Income Tax and Expense Documents Bag 1 of 2 | |

| Control #: | 16 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Large Desk w/ Comp. L top drawer | | |
| Description: | Seized Per Warrant | Various check books with ledgers and notes Various Bank Statements, Invoices and Bills | |

| Control #: | 17 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Lrg Desk w/ Computer Desktop | | |
| Description: | Seized Per Warrant | Various Client Invoices | |

| Control #: | 18 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Lrg Desk w/Computer Ctr Drawer | | |
| Description: | Seized Per Warrant | Numerous Client Invoices, Credit Card Cash Advance Receipts, Several Client Lists w/ Written amounts for 2024, 2022, 2023 and other potential periods; Aged AR Balance Lists, Other Client Lists w/ Written amounts. Safe Deposit Box Key | |

| Control #: | 19 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2017 Personal Income and Expense Documents 2 of 2 | |

| Control #: | 20 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2016 Personal Income and Expense Documents 1 of 2 | |

| Control #: | 21 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2016 Personal Income and Expense Documents 2 of 2 | |

| Control #: | 22 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant | 2017 Personal Income and Expense Documents 1 of 2 | |

| Control #: | 23 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   SBA PPP Loan Application | | |

| Control #: | 24 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet Safe | | |
| Description: | Seized Per Warrant   Total Net Worth Statements x 2 dated 12/31/2022 and 12/31/2023 | | |

| Control #: | 25 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Lrg Deask w/Computer L Bottom Drawer | | |
| Description: | Seized Per Warrant   Various Invoices/Bills (non-client) and Bank Statements | | |

| Control #: | 26 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Large Desk w/ Comp. R top drawer | | |
| Description: | Seized Per Warrant   Note - "Cash large please $5415" with adding machine printer tape attached<br>Bundle of adding tape strips with "Cindy" written on them | | |

| Control #: | 27 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Large Desk w/ Comp. R middle drawer | | |
| Description: | Seized Per Warrant   Folder with Financial Institution Accounts Statements, Various Invoices, Various Bank Statements, Bank Documents, Deposit Slips, Signed Agreement for Wage Garnishments due to loan, Various Payroll Documents, Lists of Clients with written amounts, Folder with Paystubs for "Stacy Wilking". | | |

| Control #: | 28 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Elizabeth's Office | Locator Code: | |
| Found: | Room F - Desk Drawers | | |
| Description: | Seized Per Warrant   Aged AR | | |

| Control #: | 29 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Elizabeth's Office | Locator Code: | |
| Found: | Room F - Cabinets, Desk, Boxes | | |
| Description: | Seized Per Warrant   Client Invoices from the business | | |

| Control #: | 30 | Evidence Box: | 5 |
|---|---|---|---|
| Location Found: | Sodlosky Off. Closet Room K - Closet | Locator Code: | |
| Description: | Seized Per Warrant | 2016 Expense Document found in 2015 Tax Documents | |

| Control #: | 31 | Evidence Box: | 5 |
|---|---|---|---|
| Location Found: | Sodlosky Off. Closet Room K - Closet | Locator Code: | |
| Description: | Seized Per Warrant | 2016, 2017 and 2018 Bank Account Records and Expense Documents; 2016 and 2017 Check Register - marked "Cape" | |

| Control #: | 32 | Evidence Box: | 5 |
|---|---|---|---|
| Location Found: | Sodlosky Off. Closet Room K - Closet | Locator Code: | |
| Description: | Seized Per Warrant | 2020 Personal Income and Expense Documents | |

| Control #: | 33 | Evidence Box: | 6 |
|---|---|---|---|
| Location Found: | Sodlosky Off. Closet Room K - Closet | Locator Code: | |
| Description: | Seized Per Warrant | 2021 and 2022 Income and Expense Documents 2021 Planner | |

| Control #: | 34 | Evidence Box: | 1 |
|---|---|---|---|
| Location Found: | Sodlosky Office Room J - Office | Locator Code: | |
| Description: | Seized Per Warrant | Various Documents and Invoices erelating to repairs of residence in Middlebury CT. Deposit slip for ION Bank. Property records for Florida property. Various account statements for financial institutions. Spreadsheet with list of bills for Cape Cod. | |

| Control #: | 35 | Evidence Box: | 1 |
|---|---|---|---|
| Location Found: | Sodlosky Office Room J - Office | Locator Code: | |
| Description: | Seized Per Warrant | Bank Statements, Client Lists with amounts written next to names for 2020 and 2021. Purchase Agreement for 103 Falcon Crest Road Middlebury CT | |

| Control #: | 36 | Evidence Box: | 1 |
|---|---|---|---|
| Location Found: | Hallway Office Room H - Large Box Floor | Locator Code: | |
| Description: | Seized Per Warrant | Customer Invoices 2023 - 2024 | |

| Control #: | 37 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Dresser Drawer L | | |
| Description: | Seized Per Warrant   Documents | | |

| Control #: | 38 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - On Wine Boxes | | |
| Description: | Seized Per Warrant   Order Receipts | | |

| Control #: | 39 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Dresser Drawer Middle | | |
| Description: | Seized Per Warrant   Mortgage and Financial Documents | | |

| Control #: | 40 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Garbage | | |
| Description: | Seized Per Warrant   Adding tape print out matching note from top right hand desk drawer, tape lists various amounts totalling $5415, with "Cindy Cash' written on it | | |

| Control #: | 41 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Hallway Office | Locator Code: | |
| Found: | Room H | | |
| Description: | Seized Per Warrant   Invoices | | |

| Control #: | 42 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Hallway Office | Locator Code: | |
| Found: | Room H - Burn Pile | | |
| Description: | Seized Per Warrant   Various Business Records | | |

| Control #: | 43 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Hallway Office | Locator Code: | |
| Found: | Room H - Burn Pile | | |
| Description: | Seized Per Warrant   Personal Miscellaneous and Bank Receipts | | |

| Control #: | 44 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   Joseph Fitzgerald Metlife Dividend Documents | | |

| Control #: | 45 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2018, 2019, 2020 Planners | | |

| Control #: | 46 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   2016, 2017, 2022 and 2023 Planners; Phone Message book | | |

| Control #: | 47 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Sodlosky Off. Closet | Locator Code: | |
| Found: | Room K - Closet | | |
| Description: | Seized Per Warrant   Customer Invoices contained in Client files | | |

| Control #: | 48 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Files on Floor | | |
| Description: | Seized Per Warrant   Invoices and Checks | | |

| Control #: | 49 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room Basement | Locator Code: | |
| Found: | Room 2 Next to Boiler | | |
| Description: | Seized Per Warrant   Image of HP Enterprise SN: MXQ93604SW  (Consent) | | |

| Control #: | 50 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Server Room Basement | Locator Code: | |
| Found: | Room 2 Next to to HPE Server | | |
| Description: | Seized Per Warrant   Toshiba DTC940 SN: 7907T09STSCG (Phys. Comp)  (Consent) | | |

| Control #: | 51 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Room E - UnderDesk | | |
| Description: | Seized Per Warrant   Image of Lenovo Desktop neno 505 Gen 3 SN: MJ0JZAYJ | | |

| Control #: | 52 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Back Office/Ent. Ext | Locator Code: | |
| Found: | Room B - Under Desk | | |
| Description: | Seized Per Warrant   Image of Lenovo M7Z0S SN: MJ0BHF3E | | |

| Control #: | 53 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Hallway Office | Locator Code: | |
| Found: | Room H - Under Desk | | |
| Description: | Seized Per Warrant   Image of Lenovo ThinkCentre M720S Model #008LUS, SN: MJ0BHF3Q | | |

| Control #: | 54 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Office | Locator Code: | |
| Found: | Room E - Floor next to Cabinet | | |
| Description: | Seized Per Warrant   Image of HP Desktop D18 180P1A, SN MXL93552H5Y | | |

| Control #: | 55 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Back Office/Ent. Ext | Locator Code: | |
| Found: | Room B - Under Desk | | |
| Description: | Seized Per Warrant   Image of HP Desktop, Pro Desk, SN: 2UA7382D8B | | |

| Control #: | 56 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Elizabeth's Office | Locator Code: | |
| Found: | Room F - Attached to HP Elite | | |
| Description: | Seized Per Warrant   Image of Sandisk USB Cruzer, SN 3549810C4E9287BB | | |

| Control #: | 57 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Elizabeth's Office | Locator Code: | |
| Found: | Room F - Behind Desk | | |
| Description: | Seized Per Warrant   Image of HP Desktop 6200; SN: MX1203246K | | |

| Control #: | 58 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Back Office/Ent Grey | Locator Code: | |
| Found: | Room C - Under Desk | | |
| Description: | Seized Per Warrant   Image of HP Desktop Pro Desk, SN: MXL430P0 | | |

| Control #: | 59 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Elizabeth's Office | Locator Code: | |
| Found: | Room F - On Desk | | |
| Description: | Seized Per Warrant   Image of HP Desktop, Elite Desk 800G3, SN: USH823L0F1 | | |

| Control #: | 60 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Back Office/Ent. Ext | Locator Code: | |
| Found: | Room B - Under Desk | | |
| Description: | Seized Per Warrant   Image of HP 600G4 SFF, SN: 4HJ75UT#ABA | | |

| Control #: | 61 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Sodlosky Office | Locator Code: | |
| Found: | Room J - Under Desk on Floor | | |
| Description: | Seized Per Warrant   Image of HP Desktop 800 G4 SFF, SN: MXL9362M8N | | |