UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Search Warrant                  CASE NO. 3:24MJ156(SDV)

**August 15, 2025**

## MOTION FOR CASE TO REMAIN UNDER SEAL UNTIL NOVEMBER 15, 2025

Per the Court's order dated August 14, 2025, the government respectfully moves for this matter to remain under seal until November 15, 2025. The government is currently negotiating a preindictment resolution with the target's counsel. The government anticipates such preindictment resolution will be consummated in open court by November 15, 2025. After that date, this matter may be unsealed.

                 Respectfully submitted,

                 DAVID X. SULLIVAN
                 UNITED STATES ATTORNEY

                 */s/ Harold H. Chen*
                 HAROLD H. CHEN
                 ASSISTANT U.S. ATTORNEY
                 Fed Bar No. CT24432
                 1000 Lafayette Blvd., 10th Floor
                 Bridgeport, CT 06604
                 (203) 696-3037

The foregoing motion is GRANTED / DENIED.

SO ORDERED, this the _____ day of August 2025, at Bridgeport, Connecticut.

                 _____
                 HON. S. DAVE VATTI
                 UNITED STATES MAGISTRATE JUDGE